# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

================

## NO. 03-05-00526-CV

================

**Yvonne Ramon Hinkle, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

==================================================================

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. FM504473, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

==================================================================

## M E M O R A N D U M   O P I N I O N

On August 3, 2005, appellant Yvonne Ramon Hinkle signed an affidavit of voluntary relinquishment of her parental rights to her child, M.R. On August 9, she filed a notice of appeal without assistance of counsel. The Travis County District Clerk filed the clerk's record on August 30. Hinkle's brief was due on September 29. *See* Tex. R. App. P. 38.6(a). During the intervening four months, Hinkle has neither filed a brief nor contacted this Court in any way.

Documents in the clerk's record indicate two different addresses for Hinkle. Because Hinkle is not represented by counsel, notice of overdue brief was sent to one of those addresses on October 11 but was returned to this Court as undeliverable. Another notice was sent on November 11 to the second address, stating that Hinkle's brief was overdue and that, unless Hinkle filed a brief or otherwise contacted this Court by November 14, her appeal would be dismissed for want of

prosecution. As of February 7, 2006, Hinkle has not filed a brief or contacted this Court. We therefore dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed: February 8, 2006